**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-2520**

———————

LINDA GONZALEZ,

                                    Plaintiff - Appellant,

       versus

GANNETT COMPANY, INCORPORATED; GANNETT INFOR-
MATION SATELLITE NETWORK, INCORPORATED; USA
TODAY,

                                     Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CA-97-369-A)

———————

Submitted:  July 2, 1998             Decided:  July 16, 1998

———————

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Linda Gonzalez, Appellant Pro Se.  Robert Charles Bernius, NIXON,
HARGRAVE, DEVANS & DOYLE, Washington, D.C., for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment in the employer's favor in her employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Gonzalez v. Gannett Company, Inc.</u>, No. CA-97-369-A (E.D. Va. Oct. 14, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>